## 8968. Stansell *v.* City of Conyers.

Harwell, J.   The petition for the writ of certiorari is not incorporated in the bill of exceptions or otherwise verified as a part thereof by the trial judge.   Accordingly, this court is not able to review the judgment of the superior court in refusing to sanction the writ.   See *Hall* v. *State*, 2 *Ga. App.* 437 (58 S. E. 558), and cases there cited.

*Writ of error dismissed.   Broyles, P. J., and Bloodworth, J., concur.*

Decided October 31, 1917.

Certiorari; from Rockdale superior court—Judge Smith.   April 23, 1917.

*J. R. Irwin, C. R. Vaughn,* for plaintiff in error.

*J. H. McCalla,* contra.